Robert A. Bleicher (SBN 111334)
Rebecca H. Benavides (SBN 246201)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiff
Royal Caribbean Cruises, Ltd.

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BIOFUELS, L.P., <br><br> Defendant. | CASE NO. 07 CV 2582 CRB <br><br> **CERTIFICATION OF INTERESTED PARTIES OR PERSONS** <br><br> Date: <br> Department: <br> Time: |

TO THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associated persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

///

///

1  Plaintiff ROYAL CARIBBEAN CRUISES LTD. ("RCL"), whose shares are publicly
2  traded on the New York and Oslo Stock Exchanges
3  Defendant NATIONAL BIOFUELS, L.P.
4  Defendant ENAGRA, INC.

6  Date:  May 15, 2007

HOLLAND & KNIGHT LLP

By: /s/ Robert A. Bleicher
Robert A. Bleicher
Rebecca A. Benevides

Attorneys for Plaintiff Royal Caribbean Cruises Ltd.

# 4545297_v1

-2-

CERTIFICATION OF INTERESTED          Case No:
PARTIES OR PERSONS