```
 1  Robert A. Bleicher (SBN 111334)
    Rebecca H. Benavides (SBN 246201)
 2  HOLLAND & KNIGHT LLP
    50 California Street, 28th Floor
 3  San Francisco, California 94111
    Telephone: (415) 743-6900
 4  Facsimile:  (415) 743-6910

 5  Attorneys for Plaintiff
    Royal Caribbean Cruises Ltd.

 6

 7

 8              UNITED STATES DISTRICT COURT

 9             NORTHERN DISTRICT OF CALIFORNIA

10

11  ROYAL CARIBBEAN CRUISES LTD.    )  CASE NO. C 07-02582 CRB
                                    )
12              Plaintiff,          )
                                    )  PLAINTIFF'S NOTICE OF REQUEST
13       v.                         )  FOR REVIEW IN ACCORDANCE WITH
                                    )  SUPPLEMENTAL RULE B OR C
14  NATIONAL BIOFUELS, L.P. and     )
    ENAGRA, INC.,                   )
15                                  )  Date:
                Defendant.          )  Courtroom:
16                                  )  Time:
                                    )
17                                  )

18
```



*ORIGINAL FILED 07 MAY 16 PM 12:35 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

TO THIS HONORABLE COURT AND TO ITS JUDICIAL OFFICERS:

PLEASE TAKE NOTICE that Plaintiff Royal Caribbean Cruises Ltd. ("Plaintiff"), pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, respectfully request that this Honorable Court issue an order directing the issuance of a Writ of Maritime Attachment and Garnishment, as well as certain other administrative orders in connection with such application.

- 1 -

PLAINTIFF'S NOTICE OF REQUEST
FOR REVIEW IN ACCORDANCE
WITH SUPPLEMENTAL RULE B OR C

Case No. C 07-02582 CRB

1  **PLEASE TAKE FURTHER NOTICE** that, in light of the property named in the
2  process of attachment being present in certain bank accounts within this district, and that
3  defendants have transferred at least $250,000 of funds in those accounts out of the jurisdiction
4  since Monday, May 14, 2007, *see* Declaration of Michael J. Frevola dated May 16, 2007, ¶ 22
5  (accompanying this notice), Plaintiff respectfully requests that this application be acted upon and
6  granted no later than **Wednesday, May 16, 2007 by 1:00 p.m.**, so that Plaintiff may arrange for
7  the attendance of process servers at the garnishee banks and prevent further attempts by
8  Defendants to send their property out of the jurisdiction.

Date:   May 16, 2007

Robert A. Bleicher
Rebecca H. Benavides
HOLLAND & KNIGHT LLP

By: _____
Robert A. Bleicher

Attorneys for Plaintiff Royal Caribbean Cruises Ltd.

# 4549623_v1

- 2 -

PLAINTIFF'S NOTICE OF REQUEST
FOR REVIEW IN ACCORDANCE
WITH SUPPLEMENTAL RULE B OR C

Case No.  C 07-02582 CRB