Robert A. Bleicher (SBN 111334)
Rebecca H. Benavides (SBN 246201)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiff
Royal Caribbean Cruises Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROYAL CARIBBEAN CRUISES LTD. | ) CASE NO. C 07-02582 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) PLAINTIFF'S *EX PARTE* APPLICATION FOR THE ISSUANCE OF AN ORDER DIRECTING THE ISSUANCE OF A WRIT OF MARITIME ATTACHMENT AND GARNISHMENT |
| NATIONAL BIOFUELS, L.P. and ENAGRA, INC., | ) |
| Defendants. | ) |

**TO THIS HONORABLE COURT AND TO ITS JUDICIAL OFFICERS:**

**PLEASE TAKE NOTICE** that Plaintiff Royal Caribbean Cruises Ltd. ("Plaintiff"), respectfully requests that this Honorable Court issue an order directing that a writ of maritime attachment and garnishment be issued by the Clerk of this Court against property of the Defendants National Biofuels, L.P. ("NBF") and Enagra, Inc. herein located within the jurisdiction of this Honorable Court. As discussed in the supporting papers submitted with this Application, Plaintiff's Verified Complaint filed herewith satisfies the prerequisite elements entitling it to the issuance of the requested writ. Accordingly, Plaintiffs respectfully requests that this Court issue the requested order.

- 1 -

PLAINTIFF'S *EX PARTE* APPLICATION FOR THE ISSUANCE OF ORDER DIRECTING THE ISSUANCE OF A WRIT OF MARITIME ATTACHMENT & GARNISHMENT

Case No. C 07-02582 CRB

This application is submitted in conjunction with Plaintiff's Memorandum Of Law In Support Of Their Ex Parte Application For The Issuance Of An Order Directing The Issuance Of A Writ Of Maritime Attachment And Garnishment.

**PLEASE TAKE FURTHER NOTICE** that the funds, assets and property of the defendants present at the following banks and financial institutions located within this district are highly transitory: Bank of America, N.A.; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Fortis Financial Groups; Banco Popular; Bank of Tokyo-Mitsubishi UFJ Ltd. or any other financial institution within the Northern District of California; therefore Plaintiff respectfully requests that this application be acted upon and granted no later than **Wednesday, May 16, 2007 by 1:00 p.m.**, so that Plaintiff may arrange for the attendance of process servers at the foregoing banks and financial institutions.

Date:   May 16, 2007

Robert A. Bleicher
Rebecca H. Benavides
HOLLAND & KNIGHT LLP

By: _/s/ Robert A. Bleicher_
Robert A. Bleicher

Attorneys for Plaintiff Royal Caribbean Cruises Ltd.

# 4549202_v1

- 2 -

PLAINTIFF'S *EX PARTE* APPLICATION FOR
THE ISSUANCE OF ORDER DIRECTING THE ISSUANCE
OF A WRIT OF MARITIME ATTACHMENT & GARNISHMENT

Case No.  C 07-02582 CRB