Robert A. Bleicher (SBN 111334)
Rebecca H. Benavides (SBN 246201)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiff
Royal Caribbean Cruises Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD. | CASE NO. C 07-02582 CRB |
| Plaintiff, | APPLICATION FOR ORDER APPOINTING PERSONS TO SERVE PROCESS |
| v. | |
| NATIONAL BIOFUELS, L.P. and ENAGRA, INC., | |
| Defendants. | |

TO THIS HONORABLE COURT AND TO ITS JUDICIAL OFFICERS:

**PLEASE TAKE NOTICE** that Plaintiff Royal Caribbean Cruises Ltd. ("Plaintiff") respectfully request that this Honorable Court issue an order appointing the following individuals, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Seizure Order, Summons, Verified Complaint, Memorandum of Law in Support of Attachment, and Affidavits in Support of Attachment on the Garnishees herein:

- Worldwide Network, Inc., located at 520 Townsend Street, Suite D, San Francisco, CA 94103; T: (415) 503-0900, whose process servers are registered in the state of California, at least 18 years of age, and not a party to this action.

- 1 -

1  The foregoing individuals are qualified persons over 18 years of age, and are not a party
2  to or an attorney in this action. *See* Declaration of Robert A. Bleicher, Esq. In Support of
3  Plaintiff's Request for an Order Appointing Servers of Process (hereinafter "Bleicher Decl. re
4  Servers"), ¶ 2. Substantial savings in travel fees will result from such appointment. *See* Bleicher
5  Decl. re Servers, ¶ 3.

7  Date: May 16, 2007

Robert A. Bleicher
Rebecca H. Benavides
HOLLAND & KNIGHT LLP

By: /s/ Robert A. Bleicher
       Robert A. Bleicher

Attorneys for Plaintiff Royal Caribbean Cruises Ltd.

# 4545236_v1

APPLICATION FOR ORDER APPOINTING
PERSONS TO SERVE PROCESS

Case No. C 07-02582 CRB