Robert A. Bleicher (SBN 111334)
Rebecca H. Benavides (SBN 246201)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiff
Royal Caribbean Cruises Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD. | CASE NO. C 07-02582 CRB |
| Plaintiff, | |
| v. | DECLARATION OF ROBERT A. BLEICHER, ESQ. IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER APPOINTING SERVERS OF PROCESS |
| NATIONAL BIOFUELS, L.P. and ENAGRA, INC., | |
| Defendant. | Date:<br>Courtroom:<br>Time: |

I, ROBERT A. BLEICHER, declare as follows:

1. I am a partner of the firm of Holland & Knight LLP, counsel for Plaintiff Royal Caribbean Cruises Ltd. ("Plaintiff") in the foregoing action. I am familiar with the facts alleged herein.

2. This affidavit is made in support of Plaintiff's application for an Order to appoint the following individuals or registered process or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Seizure Order, Summons, Verified Complaint, Memorandum of Law in Support of Attachment, and Affidavits in Support of Attachment on the Garnishees.

- 1 -

DECLARATION OF ROBERT A. BLEICHER
ISO PLAINTIFF'S REQUEST FOR AN ORDER
APPOINTING SERVERS OF PROCESS AND GARNISHMENT

Case No. C 07-02582 CRB

- Registered process servers employed by Worldwide Network, Inc., located at 520 Townsend Street, Suite D, San Francisco, CA 94103; T: (415) 503-0900, who are at least 18 years of age, registered in the state of California, and not a party to this action.

3. The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing the following individuals or any one of them to serve process in this matter upon the above named defendant and the garnishees:

- Registered process servers employed by Worldwide Network, Inc., located at 520 Townsend Street, Suite D, San Francisco, CA 94103; T: (415) 503-0900, who are at least 18 years of age, registered in the state of California, and not a party to this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on May 16, 2007, in San Francisco, California.

_____
Robert A. Bleicher

# 4545307_v1

DECLARATION OF ROBERT A. BLEICHER
ISO PLAINTIFF'S REQUEST FOR AN ORDER
APPOINTING SERVERS OF PROCESS AND GARNISHMENT

Case No. C 07-02582 CRB