**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 16, 2007**

**C-07-02582** CRB

**ROYAL CARIBBEAN CRUISES LTD  v.  NATIONAL BIOFUELS**

Attorneys:    Robert Bleicher

Deputy Clerk: **BARBARA ESPINOZA**                Reporter: **Joan Columbini**

**PROCEEDINGS:**                                                                                        **RULING:**

1. MOTION for the issuance of an order directing the issuance of a writ         Deferred
   of maritime attachment and garnishment
2. ___
3. ___

**ORDERED AFTER HEARING:**
_____
_____

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for ____ days
                   Type of Trial:  ( )Jury    ( )Court

Notes: _____