Robert A. Bleicher (SBN 111334)
Rebecca H. Benavides (SBN 246201 )
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiff
Royal Caribbean Cruises Ltd.

FILED

MAY 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL CARIBBEAN CRUISES LTD.               )   CASE NO. C 07-02582 CRB
                                           )
             Plaintiff,                    )   [PROPOSED]
                                           )
    v.                                     )   ORDER DIRECTING THE ISSUANCE
                                           )   OF A WRIT OF MARITIME
NATIONAL BIOFUELS, L.P. and                )   ATTACHMENT AND GARNISHMENT
ENAGRA, INC.,                              )   UNDER RULE B OF THE
                                           )   SUPPLEMENTAL RULES FOR
             Defendants.                   )   CERTAIN ADMIRALTY AND
                                           )   MARITIME CLAIMS OF THE FEDERAL
                                           )   RULES OF CIVIL PROCEDURE
                                           )

UPON reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

NOW, upon application of Holland & Knight LLP, attorneys for Plaintiff, it is hereby

ORDERED that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of $7,119,798.44

- 1 -

[PROPOSED] ORDER DIRECTING THE ISSUANCE OF                        Case No. C 07-02582 CRB
MARITIME ATTACHMENT & GARNISHMENT UNDER
RULE B OF THE SUPPLEMENTAL RULES

against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of National Biofuels, L.P. or Enagra, Inc., by any garnishee within this district, including, *inter alia*, funds or accounts held in the name or for the benefit of National Biofuels, L.P. or Enagra, Inc. with the following financial institutions:

    Bank of America, N.A.

    The Bank of New York

    Citibank, N.A.

    Deutsche Bank Trust Company Americas

    HSBC Bank USA, N.A.

    JPMorgan Chase Bank, N.A.

    UBS AG

    Wachovia Bank, N.A.

    Société Générale

    Standard Chartered Bank

    BNP Paribas

    Calyon Investment Bank

    American Express Bank

    Commerzbank

    ABN Amro Bank

    Bank Leumi USA

    Fortis Financial Groups

    Banco Popular

    Bank of Tokyo-Mitsubishi UFJ Ltd.

1  And it is further

2  ORDERED that said Order will be equally applicable to any other garnishees upon whom
3  a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an
4  amount up to and including $7,119,798.44, pursuant to Supplemental Rule B; and it is further

5  ORDERED that any person claiming an interest in the property attached or garnished
6  pursuant to this Order and the process of maritime attachment and garnishment shall, upon
7  application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to
8  show why the attachment and garnishment should not be vacated or other relief granted; and it is
9  further

10  ORDERED that supplemental process enforcing this Court's Order may be issued by the
11  Clerk upon application without further Order of the Court; and it is further

12  ORDERED that a copy of this order be attached to and served with the said process of
13  maritime attachment and garnishment; and it is further

14  ORDERED pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the
15  writs of attachment and garnishment may be served by any person, who is not less than 18 years
16  old, and who is not a party to this action.

17  IT IS SO ORDERED.

19  Date: May 17, 2007

20  United States District Court Judge

21  # 4545248_v1

- 3 -
28  [PROPOSED] ORDER DIRECTING THE ISSUANCE OF                    Case No. C 07-02582 CRB
MARITIME ATTACHMENT & GARNISHMENT UNDER
RULE B OF THE SUPPLEMENTAL RULES