1  Robert A. Bleicher (SBN 111334)
   Rebecca H. Benavides (SBN 246201 )
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California 94111
   Telephone: (415) 743-6900
4  Facsimile:  (415) 743-6910

5  Attorneys for Plaintiff
   Royal Caribbean Cruises, Ltd.
6

FILED

MAY 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10  ROYAL CARIBBEAN CRUISES LTD.        )    **CASE NO. C 07-02582 CRB**
                                        )
11              Plaintiff,              )
                                        )    [PROPOSED] ORDER APPOINTING
12       v.                             )    **PERSONS TO SERVE PROCESS**
                                        )
13  NATIONAL BIOFUELS, L.P. and         )
    ENAGRA, INC.,                       )
14                                      )
                Defendants.             )
15                                      )
                                        )
16 _____    )

17

18       **UPON** application of Plaintiff Royal Caribbean Cruises Ltd. for an Order appointing the

19  following individuals or any one of them, to serve the Writ and Order of Attachment and

20  Garnishment, Seizure Order, Summons, Verified Complaint, Memorandum of Law in Support of

21  Attachment, and Affidavits in Support of Attachment the Garnishees herein:

22

23       •   Worldwide Network, Inc., located at 520 Townsend Street, Suite D, San

24           Francisco, CA  94103; T: (415) 503-0900, whose process servers are registered in

25           the state of California, at least 18 years of age, and not a party to this action.

26

27

28                                        - 1 -
    [PROPOSED] ORDER APPOINTING                          Case No. C 07-02582 CRB
    PERSONS TO SERVE PROCESS

1    It appearing that the following individuals or any one of them are qualified persons over

2   18 years of age, and are not a party to or an attorney in this action, and that substantial savings in

3   travel fees will result from such appointment, it is herein

4    **ORDERED** that the following individuals are each appointed to serve the Writ and

5   Order of Attachment and Garnishment, Seizure Order, Summons, Verified Complaint,

6   Memorandum of Law in Support of Attachment, and Affidavits in Support of Attachment on the

7   Garnishees herein:

8    • Registered process servers employed by Worldwide Network, Inc.(California

9    registration no. 3104), located at 520 Townsend Street, Suite D, San Francisco,

10    CA  94103; T: (415) 503-0900, whose process servers are registered in the state

11    of California, at least 18 years of age, and not a party to this action.

12    **IT IS SO ORDERED.**

13

14   Date:  _May 17_____, 2007     By:  _____

15    United States District Court Judge

16   # 4545287_v1

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[PROPOSED] ORDER APPOINTING                                    Case No.  C 07-02582 CRB
PERSONS TO SERVE PROCESS