Robert A. Bleicher (SBN 111334)
Rebecca H. Benavides (SBN 246201)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiff
Royal Caribbean Cruises Ltd.

ORIGINAL FILED
07 MAY 17 AM 11: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD. <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BIOFUELS, L.P. and ENAGRA, INC., <br><br> Defendants. | CASE NO. C 07-02582 CRB <br><br> SUPPLEMENTAL DECLARATION OF ROBERT A. BLEICHER, ESQ. RE NOTICE IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR THE ISSUANCE OF AN ORDER DIRECTING THE ISSUANCE OF A WRIT OF MARITIME ATTACHMENT AND GARNISHMENT |

I, ROBERT A. BLEICHER, declare as follows:

1. I am a partner of the firm of Holland & Knight LLP, counsel for Plaintiff Royal Caribbean Cruises Ltd. ("Plaintiff") in the foregoing action. I am attorney admitted to practice before all the courts of California and admitted to the bar of this Court. I am familiar with the facts of this case, and the information stated herein is based upon my own knowledge and knowledge gained through my work on this matter.

2. This Supplemental Declaration is offered in support of Plaintiff's application to this Honorable Court seeking an *ex parte* order directing the issuance of a Writ of Maritime

- 1 -

DECLARATION OF ROBERT A. BLEICHER
RE NTC ISO PLAINTIFF'S *EX PARTE* APPLICATION
FOR ISSUANCE OF ORDER DIRECTING ISSUANCE
OF WRIT OF MARITIME ATTACHMENT & GARNISHMENT

Case No. C 07-02582 CRB

Attachment and Garnishment against the property of the Defendants National Biofuels, L.P. ("NBF") and Enagra, Inc. ("Enagra") that may be located within the Court's jurisdiction.

3. On Wednesday afternoon, May 16, 2007, at about 4 pm, I called Mr. Stephen M. Wurzburg, managing partner of Pillsbury Winthrop's Silicon Valley office located at 2475 Hanover Street, Palo Alto—the address given by Enagra, Inc. to the California Secretary of State as its business address in this state. Mr. Wurzburg did not answer his phone, so I left a message in his voicemail identifying myself, my client, and stating that I had an inquiry regarding both Enagra, Inc. and National Biofuels in connection with a lawsuit filed by RCL. I also left my direct office telephone number and my mobile telephone number.

4. Having not received a return telephone call, I called Mr. Wurzburg again at about 4:45 pm on May 16, 2007. This time, Mr. Wurzburg answered my call. I identified myself and y client and explained generally the purpose of my call in connection with instant lawsuit filed by RCL—that we were trying to determine whether Enagra, Inc. has offices at 2475 Hanover Street and whether Pillsbury is Enagra's attorneys.

5. Mr. Wurzburg confirmed that Engara, Inc. does *not* have offices at 2475 Hanover Street in Palo Alto.

6. Mr. Wurzburg also appeared to check his office's document management system and told me there was a single document in the system with the name "Enagra, and he characterized that single document as "unusual." Mr. Wurzburg told me he would make some additional inquiries within his office and would call me back if he had any additional information. I have not received a phone call or other communication from Mr. Wurzburg.

7. This morning our office, through a service, contacted the California Secretary of State to determine what additional information Enagra had filed with that Department. We were advised that Enagra had *not* filed its Statement of Information containing the names of the company's principal executive office, its principal business office in California, names and addresses of its officers and directors, the address and name for its agent for service of process,

DECLARATION OF ROBERT A. BLEICHER
RE NTC ISO PLAINTIFF'S *EX PARTE* APPLICATION
FOR ISSUANCE OF ORDER DIRECTING ISSUANCE
OF WRIT OF MARITIME ATTACHMENT & GARNISHMENT

Case No. C 07-02582 CRB

and a brief description of the company's business. This document is required to be filed within 90 days after the company files its Articles of Incorporation (California Corp Code §1502(a)), and Enagra has apparently failed to do so.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that I executed this declaration on May 17, 2007, in San Francisco, CA.

*[signature]*
Robert A. Bleicher

# 4551998_v1

- 3 -

DECLARATION OF ROBERT A. BLEICHER
RE NTC ISO PLAINTIFF'S *EX PARTE* APPLICATION
FOR ISSUANCE OF ORDER DIRECTING ISSUANCE
OF WRIT OF MARITIME ATTACHMENT & GARNISHMENT

Case No. C 07-02582 CRB