**Holland + Knight**

Tel 415 743 6900
Fax 415 743 6910

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4726
www.hklaw.com

**FILED**

MAY 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 17, 2007

Robert A. Bleicher
415 743 6943
rbleicher@hklaw.com

<u>*Via HAND DELIVERY*</u>

Honorable Charles R. Breyer
United States District Court
Northern Division – San Francisco
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA 94102

    Re:    *Royal Caribbean Cruises Ltd. v. National Biofuels, L.P. et al.*
           *USDC Northern District Case No.: C 07-02582 CRB*

Dear Judge Breyer:

    In connection with the captioned matter, the Court today granted Plaintiff Royal Caribbean Cruises' application for the issuance of a writ pursuant to Supplemental Admiralty Rule B. Unfortunately, the Writ of Maritime Attachment and Garnishment we provided to the Court contained a typographical error in the body of the document. Specifically, the Writ signed by the Court referred to the *Central* District of California rather than the Northern District of California. We are therefore enclosing a <u>corrected</u> Writ of Maritime Attachment and Garnishment, plus three copies, which we would appreciate the Court executing and asking its Clerk to give to our process server. We apologize for any inconvenience. Please do not hesitate to call our office if the Court has any questions.

                          Very truly yours,

                          HOLLAND & KNIGHT LLP

                          Robert A. Bleicher

RAB/bh
Enclosure
**021821.144**

# 4554824_v1