1   Robert A. Bleicher (SBN 111334)
    Rebecca H. Benavides (SBN 246201 )
2   HOLLAND & KNIGHT LLP
    50 California Street, 28th Floor
3   San Francisco, California 94111
    Telephone: (415) 743-6900
4   Facsimile: (415) 743-6910

5   Attorneys for Plaintiff
    Royal Caribbean Cruises, Ltd.
6

**FILED**

MAY 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10  ROYAL CARIBBEAN CRUISES LTD.    )    **CASE NO. C 07-02582 CRB**
                                     )
11              Plaintiff,           )
                                     )    **WRIT OF MARITIME**
12      v.                           )    **ATTACHMENT**
                                     )    **AND GARNISHMENT**
13  NATIONAL BIOFUELS, L.P. and      )
    ENAGRA, INC.                     )
14                                   )
                Defendants.          )
15  _____     )

16       **THE PRESIDENT OF THE UNITED STATES OF AMERICA TO**

17       **THE MARSHAL OF THE CENTRAL DISTRICT OF CALIFORNIA**

18                **(OR DESIGNATED PROCESS SERVER)**

19       **GREETINGS:**

20       WHEREAS a Verified Complaint has been filed in the United States District Court for

21  the Central District of California on the 15th day of May, 2007, by

22  **ROYAL CARIBBEAN CRUISES LTD.,**

23                      **Plaintiff,**

24                      **- against –**

25  **NATIONAL BIOFUELS, L.P. and ENAGRA, INC.,**

26                      **Defendants,**

27
                                      - 1 -
28  WRIT OF MARITIME ATTACHMENT            Case No. C 07-02582 CRB
    AND GARNISHMENT

1   in a certain action for breach of maritime contract wherein it is alleged that there is due and

2   owing from Defendants to Plaintiffs the amount of $7,119,798.44 and praying for process of

3   maritime attachment and garnishment against the Defendants, and for the attachment of the

4   goods and chattels of said Defendants;

5   **NOW, THEREFORE,** we do hereby empower and strictly charge and command you,

6   the said Marshal (or designated process server), to cite and admonish the said Defendants, if they

7   shall be found in your district, to appear before the said District Court, at the U.S. District

8   Courthouse for the Northern District of California, San Francisco, California, that you attach all

9   Defendants' goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies,

10  funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-

11  freights, charter hire, sub-charter hire, or any other tangible or intangible property, to the amount

12  sued for, found within this district, including, *inter alia*, certain bank accounts ("the Property")

13  belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of

14  National Biofuels, L.P. or Enagra Inc. at the following financial institutions:  Bank of America,

15  N.A.; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC

16  Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société

17  Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express

18  Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Fortis Financial Groups; Banco

19  Popular; Bank of Tokyo-Mitsubishi UFJ Ltd. or any other financial institution within the

20  Northern District of California, which Property is in the possession of or on the premises of,

21  upon information and belief, the following garnishees located within this district: Bank of

22  America, N.A.; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company

23  Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank,

24  N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank;

25  American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Fortis Financial

26  Groups; Banco Popular; Bank of Tokyo-Mitsubishi UFJ Ltd. or any other financial institution

27

- 2 -

28  WRIT OF MARITIME ATTACHMENT                          Case No. C 07-02582 CRB
    AND GARNISHMENT

1  within the Northern District of California, and if no goods and chattels can be found, that you

2  attach Defendants' debts, credits and effects, to the amount sued for, in the hands of garnishees

3  named in the Verified Complaint as may be found.

4      You are also directed to notify the said garnishees that:

5      (1)    A foreign attachment has been commenced against the Defendants;

6      (2)    The garnishee(s) is required to file in the office of the Clerk of the United States

7  District Court for the Central District of California within twenty (20) days from the service of

8  this Writ, a report, under oath, setting forth in detail all debts owing by the garnishee(s) to the

9  Defendants; all Property of the Defendants in the possession, custody or control of the

10 garnishee(s) or to which the garnishee(s) hold legal title; all property which is held by the

11 garnishee(s) as fiduciary in which the Defendants have an interest; and whether any property

12 attached is immune or exempt from attachment; and

13     (3)    The garnishee(s) are enjoined from paying any debt to or for the account of

14 Defendants, and from delivering any property owned by the Defendants to or for the account of

15 the Defendants or otherwise disposing thereof;

16     (4)    The garnishee(s) are required to promptly forward to Defendants, by any form of

17 mail requiring a return receipt, a copy of this Writ, a copy of the Verified Complaint, and a copy

18 of the Summons.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27

- 3 -

28 WRIT OF MARITIME ATTACHMENT         Case No. C 07-02582 CRB
AND GARNISHMENT

1    If the Property of the Defendants is found in the possession of anyone not a garnishee,

2   you are directed to notify him that he has been added as a garnishee, is directed to file a report,

3   and is enjoined as above stated.

4        Amount of Plaintiffs' claim: $7,119,798.44, including estimated interest.

5

6    **RICHARD W. WIEKING**

7   Clerk: _____

8

9                                                         **MAY 1 7 2007**

   By: _____    Date: _____

10        Deputy Clerk    **MARIA LOO**

11

12   Presented By:

13   Robert A. Bleicher (SBN 111334)
     Rebecca H. Benavides (SBN 246201 )
14   HOLLAND & KNIGHT LLP
     50 California Street, 28th Floor
15   San Francisco, California 94111
16   Telephone: (415) 743-6900
     Facsimile: (415) 743-6910
17
     *Attorneys for Plaintiff*
18   *Royal Caribbean Cruises Ltd.*

19

20   # 4545253_v1

21

22

23

24

25

26

27

                                          - 4 -
28   WRIT OF MARITIME ATTACHMENT                          Case No. C 07-02582 CRB
     AND GARNISHMENT