| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | VERNON H. GRANNEMAN (083532) |
| 2 |    Email:  vernon.granneman@pillsburylaw.com |
|   | DIANNE L. SWEENEY (187198) |
| 3 |    Email:  dianne.sweeney@pillsburylaw.com |
|   | 2475 Hanover Street |
| 4 | Palo Alto, CA  94304-1114 |
|   | Telephone: (650) 233-4500 |
| 5 | Facsimile: (650) 233-4545 |
| 6 | Attorneys for Defendant |
|   | ENAGRA, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROYAL CARIBBEAN CRUISES LTD., | ) | Case No. C 07-02582 CRB |
| Plaintiff, | ) | **NOTICE OF DEFENDANT ENAGRA, INC.'S APPLICATION FOR PROMPT POST-ATTACHMENT HEARING AT WHICH PLAINTIFF IS TO SHOW CAUSE WHY THE ATTACHMENT AS TO ENAGRA, INC. SHOULD NOT BE VACATED** |
| vs. | ) | |
| NATIONAL BIOFUELS, L.P. and ENAGRA, INC., | ) | |
| Defendants. | ) | |
| | ) | Hearing Date: As soon as the Court can schedule a hearing or Tuesday, June 5, 2007 |
| | ) | Time:  TBD |
| | ) | Ctrm:  8, 19th Floor |
| | ) | Judge:  The Hon. Charles R. Breyer |

TO ALL ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

Pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Rule 4-8 of Local Rules of Practice in Admiralty and Maritime Claims before the United States District Court for the Northern District of California and in response to the Writ of Maritime Attachment and Garnishment dated May 17, 2007 and entered herein, Defendant Enagra Inc. ("Enagra") requests a prompt hearing before the Honorable Charles Breyer, United States District Judge to be held as soon as the Court will allow, or alternatively, on Tuesday, June 5, 2007 at the United States Courthouse, 450 Golden Gate

1   Avenue, San Francisco, California 94012, at a time to be determined by the Court in Courtroom 8

2   or as soon thereafter that counsel may be heard, at which the Plaintiff, Royal Caribbean Cruises,

3   Ltd. ("RCC"), must show cause why the attachment obtained pursuant to the "Order Directing the

4   Issuance of a Writ of Maritime Attachment and Garnishment Under Rule B of the Supplemental

5   Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure" dated

6   May 17, 2007 entered herein should not be vacated.

7           Enagra submits that can be found in the jurisdiction and at all relevant times was, a

8   resident of this District, subject to the personal jurisdiction of this Court, and amenable to service

9   of process in this District. Although not required to do so to defeat the attachment, Enagra also

10  submits that RCC's inclusion of Enagra as a defendant in the complaint is without any factual or

11  legal basis. The verified claim presented by RCC in this action relates to an alleged breach of

12  contract between RCC and Defendant NBF. Enagra is not a party to that contract. RCC's *alter*

13  *ego* allegation, verified only by RCC's counsel (based only on information and belief), is

14  unwarranted.

15          In support of the application, Enagra submits (a) the accompanying Memorandum in

16  Support of Application for a Prompt Post-Attachment Hearing at Which Plaintiff Must Show

17  Cause Why The Attachment Herein Should Not be Vacated, (b) the accompanying Declaration of

18  Michael Petras in Support of Application for Prompt Post-Attachment Hearing; (c) the

19  accompanying Declaration of Dianne Sweeney in Support of Application for Prompt Post-

20  Attachment Hearing; and (d) the [Proposed] Order Granting Application For Prompt Post-

21  Attachment Hearing Re Why Attachment Should Not Be Vacated.

22          Plaintiff's counsel has appeared in this action and appears to have registered with PACER

23  for this matter. In the abundance of caution, a filed copy of these pleadings will also be promptly

24  sent to Plaintiff's counsel via electronic mail.

25  Dated: May 31, 2007

                                                PILLSBURY WINTHROP SHAW PITTMAN LLP
26

27                                              By  /s/ Dianne L. Sweeney
                                                    Dianne L. Sweeney
28                                                  Attorneys for Defendant Enagra Inc.