1 PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN (083532)
2    Email:  vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (187198)
3    Email:  dianne.sweeney@pillsburylaw.com
2475 Hanover Street
4 Palo Alto, CA  94304-1114
Telephone: (650) 233-4500
5 Facsimile: (650) 233-4545

6 Attorneys for Defendant
ENAGRA, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 _____
                                   )
12 ROYAL CARIBBEAN CRUISES LTD.,    )    Case No. C 07-02582 CRB
                                   )
13                     Plaintiff,   )    **DECLARATION OF DIANNE L.**
                                   )    **SWEENEY IN SUPPORT OF**
14       vs.                        )    **ENAGRA, INC.'S MOTION FOR A**
                                   )    **PROMPT POST-ATTACHMENT**
15                                  )    **HEARING AT WHICH PLAINTIFF**
   NATIONAL BIOFUELS, L.P. and      )    **IS TO SHOW CAUSE WHY THE**
16 ENAGRA, INC.,                    )    **ATTACHMENT AS TO ENAGRA,**
                                   )    **INC. SHOULD NOT BE VACATED**
17                     Defendants.  )
                                   )    Hearing Date: As soon as the Court can
18                                  )            schedule a hearing or
                                   )            Tuesday, June 5, 2007
19                                  )    Time:  TBD
                                   )    Ctrm:  8, 19th Floor
20 _____)    Judge:  The Hon. Charles R. Breyer

21       I, Dianne L. Sweeney, declare as follows:

22       1.       I am an attorney in good standing with the State Bar of California and a

23 senior associate with the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for

24 Defendant Enagra, Inc. ("Enagra") in this action.  I have personal knowledge of the facts

25 stated in this declaration and, if called as a witness, could competently testify thereto

26       2.       Attached hereto as Exhibit A is a true and correct copy of a letter I sent to

27 Mr. Robert Bleicher on May 23, 2007 requesting, among other items, copies of all *ex*

28

1    *parte* papers filed in the Northern District action by noon on May 24, 2007. I also

2    advised Mr. Bleicher that such documents were not available on PACER.

3        3.    Attached hereto as Exhibit B is a true and correct copy of an email I

4    received from Mr. Frevola on May 24, 2007 which included a letter to me and documents

5    related to parallel proceedings in New York. As the attachments are voluminous

6    (approximately 100 pages), I am attaching only the cover page of each attachment. All

7    of the documents provided by Mr. Frevola relate to the New York proceedings.

8        4.    On May 24, 2007, I responded to Mr. Frevola advising him that I was not

9    requesting information on the New York litigation and again requesting copies of the *ex*

10   *parte* pleadings filed in the Northern District. On May 29, 2007, I received a response

11   from Mr. Bleicher advising me that his office would only provide "notice as required" by

12   the maritime attachment rules. Counsel for plaintiff has never provided the courtesy

13   copies of the *ex parte* pleadings in this case. Attached hereto as Exhibit C is a true and

14   correct copy of my email of May 24, 2007 and Mr. Bleicher's response on May 29, 2007.

15       I declare under penalty of perjury that the foregoing is true and correct. Executed

16   on May 31, 2007, in Palo Alto, California.

17

18                                    /s/ Dianne L. Sweeney
                                     Dianne L. Sweeney
19

20

21

22

23

24

25

26

27

28

# EXHIBIT

# A



**Pillsbury**
**Winthrop**
**Shaw**
**Pittman** LLP

2475 Hanover Street
Palo Alto, CA 94304-1114

Tel 650.233.4500
Fax 650.233.4545
www.pillsburylaw.com

May 23, 2007

Dianne L. Sweeney
Phone: 650.233.4046
dianne@pillsburylaw.com

*Via Email & Facsimile*

Robert A. Bleicher, Esq.
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111

Re:    *Royal Caribbean Cruises Ltd. v. National Biofuels, L.P. and Enagra, Inc.*;
Case No. C 07-2582 CRB, In the United States District Court, Northern
District of California

Dear Mr. Bleicher:

This law firm has been retained by Enagra, Inc. ("Enagra") with regard to the referenced
proceeding. Please direct all correspondence, pleadings and other communications to the
undersigned and advise of the status of service of process in this matter. It is my
understanding that Enagra has not yet been served.

I understand that last week your client sought and obtained an *ex parte* order against
Enagra without notice to my client. As such pleadings are not yet available on PACER, I
request that you send PDF copies of all *ex parte* papers, including support declarations, to
my office by 11:00 a.m. PST tomorrow.

### ROYAL CARIBBEAN CRUISES LTD.'S ATTACHMENT AGAINST ENAGRA IS FATALLY FLAWED AND MUST BE VACATED IMMEDIATELY

A Rule B attachment, particularly on an *ex parte* basis, is an extraordinary measure that is
only available in certain circumstances. Enagra is not even a party to the contract dispute
that forms the basis for your attachment. The conclusory representation of Royal
Caribbean Cruises Ltd. ("RCC") that Enagra is the alter ego of the real party at issue,
National Biofuel, is specious.

Irrespective of the merits of this dispute, RCC's attachment is fatally flawed. An
attachment is only valid if, and only if, a party cannot be found within a district. RCC
can only meet that test if (1) the defendant is not subject to personal jurisdiction in the
district; and (2) the defendant is not capable of being served with process there. Here,
Enagra is not only present in the district, it has an office in downtown San Francisco.

Robert A. Bleicher, Esq.
May 23, 2007
Page 2

Additionally, Enagra has a designated registered agent for service of process in Sacramento, California. Based on this item alone, RCC's $7 million attachment is invalid.

The Federal Rules of Civil Procedure (*e.g.*, Rule 11), 28 USC §1927 and the Court, through its inherent authority, seek to ensure that attorneys and parties in Federal Court properly conduct themselves throughout the course of the litigation The duty of candor and good faith are particularly compelling when a party acts *ex parte* without notice to the opposing party. In this case, you have filed a complaint in which you personally verify (subject to various bizarre and improper disclaimers) that Enagra is not present in this district. That is false.

Enagra demands that the order authorizing attachment be vacated as to Enagra by 2:00 p.m. tomorrow, May 24, 2007. Enagra reserves all rights to seek damages, sanctions and all other appropriate relief in this matter. If you have any questions, please feel free to reach me at the above number.

Sincerely,

Dianne L. Sweeney

# EXHIBIT
# B

**Sweeney, Dianne L.**

| | |
|---|---|
| **From:** | michael.frevola@hklaw.com |
| **Sent:** | Thursday, May 24, 2007 3:13 PM |
| **To:** | Sweeney, Dianne L. |
| **Cc:** | robert.bleicher@hklaw.com |
| **Subject:** | RCL v. NBF and Enagra |
| **Attachments:** | pillsbury__May_24_2007_18_05_22_167.pdf; enagraarb__May_24_2007_18_07_40_429.pdf; Amended Writ of Attach., et al (USDC).pdf; Affidavit in Support of Amended Order et (USDC).pdf; Affidavit in Support of Attachment (USDC).pdf; Notice of Court Conference (USDC).pdf; Order for Issuance of A Writ et al (USDC).pdf; Order for Issuance et al (USDC).pdf; Summons stamped 4-26-07 (USDC).pdf; Summons (USDC).pdf; Verified Complaint (USDC).pdf; Verified Amended Complaint (USDC).pdf; Writ of Attachment and Garnishment (USDC).pdf |

Please see attached.

<<pillsbury__May_24_2007_18_05_22_167.pdf>> <<enagraarb__May_24_2007_18_07_40_429.pdf>>

**United States, Southern District Court**

<<Amended Writ of Attach., et al (USDC).pdf>> <<Affidavit in Support of Amended Order et (USDC).pdf>> <<Affidavit in Support of Attachment (USDC).pdf>>  <<Notice of Court Conference (USDC).pdf>> <<Order for Issuance of A Writ et al (USDC).pdf>> <<Order for Issuance et al (USDC).pdf>> <<Summons stamped 4-26-07 (USDC).pdf>> <<Summons (USDC).pdf>> <<Verified Complaint (USDC).pdf>> <<Verified Amended Complaint (USDC).pdf>> <<Writ of Attachment and Garnishment (USDC).pdf>>

# Holland + Knight

**Michael J. Frevola, Esq.**
Partner
Holland & Knight LLP
195 Broadway
New York, New York 10007

Main    212 513 3200
Direct  212 513 3516
Mobile 516 521 6365
Fax     212 385 9010
Email   michael.frevola@hklaw.com

www.hklaw.com

**NOTICE:** This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

# Holland✦Knight

Tel   212 513 3200
Fax  212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

May 24, 2007

**VIA PDF**

Dianne L. Sweeney, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

             Re:   *Royal Caribbean Cruises Ltd. v. National Biofuels, L.P. and Enagra, Inc.*
                  Docket #:  C 07-2582 CRB (N.D.Cal.)
                  Our File:  021821-00144

Dear Ms. Sweeney:

      We are counsel for Royal Caribbean Cruises Ltd. ("RCL") in the referenced dispute.  We write in reference to your letter to Bob Bleicher of our San Francisco office received yesterday afternoon.  In the future, please direct all correspondence to the undersigned, and all pleadings in the San Francisco proceeding to Mr. Bleicher, copy to me.

      We are including along with this letter the filings in the Southern District of New York lawsuit entitled *Royal Caribbean Cruises Ltd. v. National Biofuels, L.P. et al.*, Docket #: 07 Civ. 3353 (JSR).  We will provide you copies of the San Francisco papers in accordance with, and as permitted by, the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Admiralty Rules").  As you have requested that we send all pleadings to you rather than Enagra, our sending you notice of the New York proceedings satisfies our notice obligations under Rule B(2) of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

      In connection with the New York Proceeding, we were advised on Monday, May 14, 2007 by Citibank that they have restrained a wire transfer in the amount of $258,890.00 on which Enagra was referenced as the originating party.  We similarly were advised on Monday, May 21, 2007 by Citibank that they have restrained a wire transfer in the amount of $10,684.16 on which Enagra was referenced as the beneficiary.

      We also have included along with this letter an arbitration demand to Enagra as an alter ego of National Biofuels, L.P., the contents of which are self-explanatory.

2 -     Dianne L. Sweeney, Esq.
        Pillsbury Winthrop Shaw Pittman LLP
        May 24, 2007


        We note your statements in your letter regarding Enagra.  We are confident that we have correctly alleged the circumstances under which this dispute arose and the facts that we have alleged in the Verified Complaint, the supporting papers filed with the Court, and to Judge Breyer in response to his questions regarding the requested order of attachment.  Indeed, Judge Breyer is fully aware of the very facts which you allege in your letter.

        Your analysis of sanctions is duly noted.  You may wish to retrieve the pleadings from the clerk's office and familiarize yourself with the circumstances of this matter before you refer to Rule 11, 28 U.S.C. § 1927, or the Court's authority to sanction attorneys and parties.

                                        Very truly yours,

                                        HOLLAND & KNIGHT LLP

                                        By: _____
                                            Michael J. Frevola

MJF/mf

# 4567852_v1

# Holland+Knight

Tel  212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway. 24th Floor
New York. NY 10007-3189
www.hklaw.com

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

May 24, 2007

**VIA PDF**

Enagra, Inc.
c/o Dianne L. Sweeney, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

Re:   Contract for Purchase of Biodiesel dated December 16, 2005
       Our File:  021821-00144

Dear Sirs:

We refer to the referenced fuel supply contract that Royal Caribbean Cruises Ltd. ("RCL") entered with National Biofuels, L.P. ("NBF") on December 16, 2005 (the "Contract") and, in accordance with its terms, write to advise that we are demanding arbitration from Enagra, Inc. pursuant to Clause 17 of the Contract relating to RCL's claims for shortfalls in supply as far back as February 2006 that RCL actively has been trying to resolve with NBF since February 7, 2007, as well as for NBF's conversion of RCL's previously-purchased fuel. RCL is demanding arbitration from Enagra, Inc. as an alter ego of NBF. In that connection, RCL has appointed Anthony J. Siciliano as an arbitrator. His mailing address is c/o Sentry Marine Services, Inc., P.O. Box 674, Smithtown, NY 11787. His telephone number is (631) 360-3580. His telefax number is (631) 360-3560.

RCL seeks payment from NBF (or from Enagra Inc.) the principal amount of $4,935,321.32, exclusive of interest, costs and reasonable attorneys' fees.

We have demanded arbitration from NBF on RCL's behalf as well. Pursuant to Clause 17 of the Contract and Article 7 of the incorporated United Nations Commission on International Trade Law (UNCITRAL) Rules of Arbitration, we demand that you and/or NBF appoint a second arbitrator within thirty days failing which we shall act to have an arbitrator appointed on their behalf in accordance with Article 7.

Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK





---

ROYAL CARIBBEAN CRUISES LTD.,

           Plaintiff,

        -against-

NATIONAL BIOFUELS, L.P. and
ENAGRA INC.

           Defendants.

07 Civ. 3353 (JSR)

**AMENDED WRIT OF
ATTACHMENT
AND GARNISHMENT**

---

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE MARSHAL OF**

**THE SOUTHERN DISTRICT OF NEW YORK (OR DESIGNATED PROCESS SERVER)**

**GREETINGS:**

    **WHEREAS** a Verified Amended Complaint has been filed in the United States District

Court for the Southern District of New York on the 15th day of May, 2007 by

**ROYAL CARIBBEAN CRUISES LTD.,**
        **Plaintiff,**
                **- against –**

**NATIONAL BIOFUELS, L.P. and ENAGRA INC.,**
        **Defendants,**

Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYAL CARIBBEAN CRUISES LTD.,

        Plaintiff,

     -against-

NATIONAL BIOFUELS, L.P. and
ENAGRA INC.

        Defendants.

07 Civ. 3353 (JSR)

**AFFIDAVIT IN
SUPPORT OF AMENDED ORDER
AND WRIT OF ATTACHMENT**

---

STATE OF NEW YORK     )
                    ) ss:
COUNTY OF NEW YORK    )

     Michael J. Frevola, being duly sworn, deposes and says:

     1.     I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff Royal

Caribbean Cruises Ltd. ("Plaintiff"), and I am duly admitted to practice before the United States

District Court for the Southern District of New York.

     2.     I am familiar with the facts and circumstances underlying this dispute and I am

submitting this affidavit in support of the Verified Amended Complaint and the Amended Writ

of Attachment.

Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL CARIBBEAN CRUISES LTD.,

               Plaintiff,

-against-

NATIONAL BIOFUELS, L.P.,

               Defendant.

JUDGE RAKOFF

07 CV  3353
07 Civ. ____

AFFIDAVIT IN
SUPPORT OF ATTACHMENT

STATE OF NEW YORK    )
                    ) ss:
COUNTY OF NEW YORK    )

      Michael J. Frevola, being duly sworn, deposes and says:

      1.     I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff Royal

Caribbean Cruises Ltd. ("Plaintiff"), and I am duly admitted to practice before the United States

District Court for the Southern District of New York.

      2.     I am familiar with the facts and circumstances underlying this dispute and I am

submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

021821-00144
FILE COPY
H G H & K
SERVED BY MAIL/HAND _____
SUBMITTED/FILED _____
RECEIVED BY MAIL/HAND _____
POST MARKED _____
4-27-07
ENTERED
BY: WV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Effective May 22, 2006

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Royal Caribbean Cruises, Ltd.**
           Plaintiff(s),

     -v-

**National Biofuels, L.P.**
           Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF COURT CONFERENCE**

**07 Civ. 3353 (JSR)**

To:  The Attorney(s) for Plaintiff(s):

     The Honorable Jed S. Rakoff, U.S.D.J. has ordered that counsel for all parties attend a conference, at the time and place fixed below, for the purpose of case management and scheduling pursuant to Fed. R. Civ. P. 16.  You are directed to furnish all attorneys in this action with copies of this notice and enclosures, and to furnish Chambers with a copy of any transmittal letter(s).  If you are unaware of the identity of counsel for any of the parties, you should send a copy of the notice and rules to that party personally, informing the party that any unrepresented party is required to appear at the conference in person.  Finally, **upon receipt of this notice, please immediately furnish Chambers with a courtesy copy of your complaint and F.R.C.P. Rule 7.1 Statement, if applicable.**

     <u>**DATE AND PLACE OF CONFERENCE:  JUNE 25, 2007, AT THE UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, N.Y. IN COURTROOM 14-B AT 11:00 a.m.**</u>

     <u>**No application for adjournment will be considered unless made within one week of the date of this notice.**</u>  **The fact that any party has not answered the complaint does not excuse attendance by that party or warrant any adjournment of the conference.**

     **No later than one week prior to the conference, the parties shall furnish the Court with a written report of their agreements or disagreements regarding planning of discovery pursuant to Fed. R. Civ. P. 26(f).**  Enclosed is a form (Form D) for a Case Management Plan that the parties may utilize in making this report.  In the absence of agreement, the Court, after hearing from counsel, will order a Case Management Plan and schedule at the conference.  Absent extraordinary circumstances, the Plan shall provide that the case be ready for trial within five months of the date of the conference.

     In addition to the matters covered in Form D, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

     SO ORDERED.

                          *Jed S. Rakoff*
                           JED S. RAKOFF
                           U.S.D.J.

DATED:  New York, New York
           4-27-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07

Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK





ROYAL CARIBBEAN CRUISES LTD.,

        Plaintiff,

    -against-

NATIONAL BIOFUELS, L.P.,

        Defendant.

07 Civ. _____

**ORDER FOR ISSUANCE
OF A WRIT OF
ATTACHMENT
AND GARNISHMENT**

**UPON** reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

**NOW**, upon motion of Holland & Knight LLP, attorneys for Plaintiff, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of $7,119,798.44

MICROFILM
MAY - 1 2007 -9:00 AM

*RAKOFF, J*

Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
(212) 513-3200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5·15·07
```

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD., | |
| Plaintiff, | 07 Civ. 3353 (JSR) |
| -against- | **ORDER FOR ISSUANCE OF AN AMENDED WRIT OF ATTACHMENT AND GARNISHMENT** |
| NATIONAL BIOFUELS, L.P. and ENAGRA INC. | |
| Defendants. | |

**UPON** reading the Verified Amended Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

**NOW**, upon motion of Holland & Knight LLP, attorneys for Plaintiff, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of $7,119,798.44

AO 440 (Rev. 10/93) Summons in a Civil Action    SDNY WEB 4/99

# United States District Court

__SOUTHERN_____ __DISTRICT OF_____ __NEW YORK_____

ROYAL CARIBBEAN CRUISES LTD.

### SUMMONS IN A CIVIL CASE

V.

NATIONAL BIOFUELS, L.P.

CASE NUMBER:

## 07 CV 3353

JUDGE RAKOFF

TO: (Name and address of defendant)

NATIONAL BIOFUELS, L.P.
5120 Woodway #10010
Houston, Texas 77056

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Frevola, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

an answer to the complaint which is herewith served upon you, within _____ 30 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____
CLERK

_Marcos Quintero_

_____
(BY) DEPUTY CLERK

DATE    APR 2 6 2007

021821-00144

| FILE COPY |
| H G H & K |
| SERVED BY MAIL/HAND _____ |
| SUBMITTED/FILED _____ |
| RECEIVED BY MAIL/HAND _____ |
| POST MARKED |
| 4-27-07 |
| ENTERED |
| BY: WV |

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

ROYAL CARIBBEAN CRUISES LTD.

### SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER:    07 CIV. 3353 (JSR)

NATIONAL BIOFUELS, L.P. and
ENAGRA INC.

TO: (Name and address of defendant)

NATIONAL BIOFUELS, L.P.          ENAGRA INC.
5120 Woodway Drive, Suite #10010     5120 Woodway Drive Suite #10010
Houston, TX 77056                Houston, TX 77056

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Frevola, Esq.
Christopher G. Kelly, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

# J. MICHAEL McMAHON

MAY 1 5 2007

CLERK

DATE        02/82/-144

(BY) DEPUTY CLERK

SERVED          5-16-07
                5-15-87

                5-16-07

BY: JL

Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ROYAL CARIBBEAN CRUISES LTD.,

    Plaintiff,

   -against-

NATIONAL BIOFUELS, L.P.,

    Defendant.

JUDGE RAKOFF

07 CV 3353

06 Civ. _____

**VERIFIED COMPLAINT**

  Plaintiff, Royal Caribbean Cruises Ltd. ("RCL"), by and through its attorneys, Holland & Knight LLP, for its verified complaint against National Biofuels, L.P. ("NBF"), alleges upon information and belief as follows:

  1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

  2. At all times material herein, plaintiff RCL was and is a business entity organized and existing under the laws of the Republic of Liberia with a principal place of business at 1050 Caribbean Way, Miami, Florida 33132.

021821-00144

FILE COPY
H G H & K
SERVED BY MAIL/HAND _____
SUBMITTED/FILED _____
RECEIVED BY MAIL/HAND _____
POST MARKED _____
4-27-07
ENTERED
BY: WV

Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

MAY 1 5 2007

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL CARIBBEAN CRUISES LTD.,

          Plaintiff,

      -against-

NATIONAL BIOFUELS, L.P. and
ENAGRA INC.

          Defendants.

07 Civ. 3353 (JSR)

**VERIFIED
AMENDED
COMPLAINT**

Plaintiff, Royal Caribbean Cruises Ltd. ("RCL"), by and through its attorneys, Holland &

Knight LLP, for its verified amended complaint against National Biofuels, L.P. ("NBF") and

Enagra Inc. ("Enagra"), alleges upon information and belief as follows:

    1.    This is a case of admiralty and maritime jurisdiction as hereinafter more fully

appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil

Procedure.

    2.    At all times material herein, plaintiff RCL was and is a business entity organized

and existing under the laws of the Republic of Liberia with a principal place of business at 1050

Caribbean Way, Miami, Florida 33132.

Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

021821-00144

FILE COPY
H G H & K
SERVED BY MAIL/HAND _____
SUBMITTED/FILED _____
RECEIVED BY MAIL/HAND _____
POST MARKED _____
4-30-07
ENTERED _____
BY: WV

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL CARIBBEAN CRUISES LTD.,

              Plaintiff,

           -against-

NATIONAL BIOFUELS, L.P.,

              Defendant.

JUDGE RAKOFF



07 Civ. _____

WRIT OF ATTACHMENT
AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE MARSHAL OF

THE SOUTHERN DISTRICT OF NEW YORK (OR DESIGNATED PROCESS SERVER)

GREETINGS:

    WHEREAS a Verified Complaint has been filed in the United States District Court for

the Southern District of New York on the 26th day of April, 2007 by

ROYAL CARIBBEAN CRUISES LTD.,
          Plaintiff,
                  - against –

NATIONAL BIOFUELS, L.P.,
          Defendant,

EXHIBIT
C

**Sweeney, Dianne L.**

| | |
|---|---|
| **From:** | robert.bleicher@hklaw.com |
| **Sent:** | Tuesday, May 29, 2007 10:03 AM |
| **To:** | Sweeney, Dianne L. |
| **Cc:** | michael.frevola@hklaw.com |
| **Subject:** | RE: RCL v. NBF and Enagra |

Dear Ms. Sweeney,

Thanks for your e-mail.  As Mr. Frevola said in his letter to you, we will provide you with notice as required by the Supplemental Admiralty Rules governing the attachment process under Rule B.

Please let us know if you have any further questions.

Bob Bleicher

---

**From:** Sweeney, Dianne L. [mailto:dianne@pillsburylaw.com]
**Sent:** Thursday, May 24, 2007 3:40 PM
**To:** michael.frevola@hklaw.com
**Cc:** robert.bleicher@hklaw.com
**Subject:** RE: RCL v. NBF and Enagra

> Re:  *Royal Caribbean Cruises Ltd. v. National Biofuels, L.P. and Enagra, Inc.*; Case
> No. C 07-2582 CRB, In the United States District Court, Northern District of California

Dear Michael and Robert:

I have received Michael's email and it does not contain the filings in the Northern District of California which is the matter that I wrote to Robert Bleicher about.  You have sent me documents that relate to an entirely different case.

I assume your office is not intentionally withholding copies of the ex parte papers you filed last week in San Francisco.  If that is the case, please confirm in writing or send me the documents this afternoon.

As noted in my letter, my office attempted to retrieve those documents before I sent my letter of yesterday and your filings were not retrievable (apparently they were not efiled in accord with our local rules).

I look forward to your cooperation in this matter.  Thanks.  Dianne

Dianne L. Sweeney | Pillsbury Winthrop Shaw Pittman LLP

Tel: 650.233.4046 | Fax: 650.233.4545
2475 Hanover Street | Palo Alto, CA 94304
Email: dianne@pillsburylaw.com

Bio: www.pillsburylaw.com

---

**From:** michael.frevola@hklaw.com [mailto:michael.frevola@hklaw.com]
**Sent:** Thursday, May 24, 2007 3:13 PM
**To:** Sweeney, Dianne L.
**Cc:** robert.bleicher@hklaw.com
**Subject:** RCL v. NBF and Enagra

Please see attached.

<<pillsbury__May_24_2007_18_05_22_167.pdf>> <<enagraarb__May_24_2007_18_07_40_429.pdf>>

**United States, Southern District Court**

<<Amended Writ of Attach., et al (USDC).pdf>> <<Affidavit in Support of Amended Order et (USDC).pdf>> <<Affidavit in Support of Attachment (USDC).pdf>> <<Notice of Court Conference (USDC).pdf>> <<Order for Issuance of A Writ et al (USDC).pdf>> <<Order for Issuance et al (USDC).pdf>> <<Summons stamped 4-26-07 (USDC).pdf>> <<Summons (USDC).pdf>> <<Verified Complaint (USDC).pdf>> <<Verified Amended Complaint (USDC).pdf>> <<Writ of Attachment and Garnishment (USDC).pdf>>

# Holland + Knight

**Michael J. Frevola, Esq.**
Partner
Holland & Knight LLP
195 Broadway
New York, New York 10007

Main    212 513 3200
Direct    212 513 3516
Mobile 516 521 6365
Fax     212 385 9010
Email    michael.frevola@hklaw.com

www.hklaw.com

**NOTICE:** This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

===========================================================

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited.

5/31/2007

If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

===========================================================