1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (083532)
2    Email:  vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (187198)
3    Email:  dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  Attorneys for Defendant
   ENAGRA, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  _____
                                          )
12  ROYAL CARIBBEAN CRUISES LTD.,         )    Case No. C 07-02582 CRB
                                          )
13                      Plaintiff,        )    **[PROPOSED] ORDER GRANTING**
                                          )    **PROMPT ADVERSARY HEARING**
14       vs.                              )    **(ADMIR. L.R. 4-8)**
                                          )
15  NATIONAL BIOFUELS, L.P. and           )
    ENAGRA, INC.,                         )
16                                        )
                        Defendants.       )
17                                        )
                                          )
18                                        )
    _____)
19

20       WHEREAS good cause has been shown by Enagra, Inc. for an adversary hearing pursuant

21  to Rule 4-8 of Local Rules of Practice in Admiralty and Maritime Claims before the United States

22  District Court for the Northern District of California, it is hereby ordered that Enagra's motion for

23  a post-attachment hearing is GRANTED.  The hearing shall be set on June _____, 2007 at

24  _____ in Courtroom 8 of this Court.

25

26  Dated:

27                                             _____
                                               Charles R. Breyer
                                               United States District Court Judge

28