```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    VERNON H. GRANNEMAN (083532)
 2     Email: vernon.granneman@pillsburylaw.com
    DIANNE L. SWEENEY (187198)
 3     Email: dianne.sweeney@pillsburylaw.com
    2475 Hanover Street
 4  Palo Alto, CA  94304-1114
    Telephone: (650) 233-4500
 5  Facsimile: (650) 233-4545

 6  Attorneys for Defendant
    ENAGRA, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD.,<br><br>       Plaintiff,<br><br>   vs.<br><br>NATIONAL BIOFUELS, L.P. and<br>ENAGRA, INC.,<br><br>       Defendants. | Case No. C 07-02582 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING PROMPT ADVERSARY HEARING (ADMIR. L.R. 4-8) |

WHEREAS good cause has been shown by Enagra, Inc. for an adversary hearing pursuant to Rule 4-8 of Local Rules of Practice in Admiralty and Maritime Claims before the United States District Court for the Northern District of California, it is hereby ordered that Enagra's motion for a post-attachment hearing is GRANTED.  The hearing shall be set on June  05 , 2007 at  10:00am in Courtroom 8 of this Court.

Dated: June 01, 2007

_____
Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer