

# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



EXHIBIT F

| | |
|---|---|
| | Pacific Century Realty |
| 3rd Fl. | Palo Alto Capital Partners, LLC |
| | Reliance Capital |
| 3rd Fl. | Regus Business Centre |
| | Regus Meeting Rooms |
| 3rd Fl. | RenderX, Inc. |
| 3rd Fl. | S & S Public Relations |
| | Sindhara |
| 3rd FL. | SunBridge Partners |
| 3rd Fl. | Trans Link Capital |
| 3rd Fl. | Trusted Opinion Inc. |
| 3rd Fl. | Voddler, Inc. |
| | WALKER LAW |
| 3rd Fl. | Xeequa Corp. |
| | Young & Basile P.C. |

...n Avenue

# EXHIBIT G