IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD, | No. C 07-02582 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| NATIONAL BIOFUELS, et al., | |
| Defendants. | |

Both parties came before the Court for a hearing regarding the writ of maritime attachment and garnishment issued on May 17, 2007. For the reasons stated in open Court, the Court concludes that Plaintiff has failed to show its entitlement to the writ under Rule B of the Supplemental Rules for Admiralty or Maritime Claims. The Court concludes that Plaintiff has failed to demonstrate that Defendant Enagra is neither subject to this Court's jurisdiction nor available within the Northern District of California for service of process. State of Oregon State Highway Comm'n v. Tug Go Getter, 398 F.2d 873, 874 (9th Cir. 1968). Accordingly, insofar as it applies to Enagra, the writ is hereby DISSOLVED.

**IT IS SO ORDERED.**

Dated: June 5, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2582\order re writ of attachment.wpd