**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 5, 2007**

**C - 07 - 2582 - CRB**

__Royal Caribbean Cruises Ltd__    v    __National Biofuels and Enagra, Inc.__

Attorneys:    __Robert Bleicher__                    __Dianne Sweeney__

Deputy Clerk: **TRACY LUCERO**            Reporter: __Juanita Gonzalez__

**PROCEEDINGS:**                                **RULING:**

1. __Adversary Hearing__

2. _____

3. _____

4. _____

   ( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Court orders that the writ of maritime attachment is dissolved forthwith

(X) ORDER TO BE PREPARED BY:    Plntf_____    Deft_____    Court **X**____

( ) Referred to Magistrate For:_____
        ( )By Court
( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                Type of Trial:  ( )Jury    ( )Court
Notes: _____

Hearing time: 30 minutes