1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (083532)
2     Email: vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (187198)
3     Email: dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  Attorneys for Defendant
   ENAGRA, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  ROYAL CARIBBEAN CRUISES LTD.,        )   Case No.  C 07-02582 CRB
                                         )
13                     Plaintiff,        )   **NOTICE RE. ENAGRA'S FILING OF**
                                         )   **REPLY PAPERS POST-HEARING**
14       vs.                             )
                                         )   Hearing Date: June 5, 2007
15  NATIONAL BIOFUELS, L.P. and          )   Time:  10:00 a.m.
    ENAGRA, INC.,                        )   Ctrm:  8, 19th Floor
16                                       )   Judge:  The Hon. Charles R. Breyer
                       Defendants.       )
17                                       )

22  TO THE CLERK AND ALL PARTIES HEREIN:

23      Due to the unavailability of the ECF-filing system on the evening of June 4, 2007 (*see*

24  Declaration of Dianne Sweeney filed herewith), Defendant Enagra hereby files, post-hearing, the

25  following documents in reply to Royal Caribbean's opposition to the motion to vacate the

26  attachment filed on June 4, 2007:

28  700706679v1                          1

1.    Enagra's Reply to RCC's Opposition to the Motion for a Prompt Post-Attachment Hearing at Which Plaintiff is to Show Cause Why the *Ex Parte* Attachment as to Enagra, Inc. Should not be Vacated;

2.    Supplemental Declaration of Michael Petras in Reply to the Opposition of Royal Caribbean Cruises Ltd.'s Opposition to Enagra, Inc.'s Motion for a Prompt Post-Attachment Hearing at Which Plaintiff is to Show Cause Why the Attachment as to Enagra, Inc. Should not be Vacated;

3.    Supplemental Declaration of Dianne L. Sweeney in Support of Enagra, Inc.'s Motion for a Prompt Post-Attachment Hearing at Which Plaintiff is to Show Cause Why the Attachment as to Enagra, Inc. Should not be Vacated; and

4.    Declaration of Allison Leopold Tilley in Reply to the Opposition of Royal Caribbean Cruises Ltd.'s Opposition to Enagra, Inc.'s Motion for a Prompt Post-Attachment Hearing at Which Plaintiff is to Show Cause Why the Attachment as to Enagra, Inc. Should not be Vacated.

Dated: June 5, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP

By /s/ Dianne L. Sweeney
Dianne L. Sweeney
Attorneys for Defendant
ENAGRA INC.