1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (083532)
2      Email: vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (187198)
3      Email: dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  Attorneys for Defendant
   ENAGRA, INC.
7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  _____

12  ROYAL CARIBBEAN CRUISES LTD.,          )   Case No. C 07-02582 CRB
                                           )
13                        Plaintiff,       )   SUPPLEMENTAL DECLARATION
                                           )   OF MICHAEL PETRAS IN REPLY
14       vs.                               )   TO THE OPPOSITION OF ROYAL
                                           )   CARIBBEAN CRUISES LTD.'S
15  NATIONAL BIOFUELS, L.P. and            )   OPPOSITION TO ENAGRA, INC.'S
                                           )   MOTION FOR A PROMPT POST-
16  ENAGRA, INC.,                          )   ATTACHMENT HEARING AT
                                           )   WHICH PLAINTIFF IS TO SHOW
17                        Defendants.      )   CAUSE WHY THE ATTACHMENT
                                           )   AS TO ENAGRA, INC. SHOULD
18                                         )   NOT BE VACATED
                                           )
19                                         )   Hearing Date: June 5, 2007
                                           )   Time: 10:00 a.m.
20  _____       )   Ctrm: 8, 19th Floor
                                           )   Judge: The Hon. Charles R. Breyer
21

22

23

24

25

26

27

28

1    I, Michael Petras, declare as follows:

2

3    1.    I am the Chief Executive Officer of Enagra, Inc. ("Enagra"), a defendant

4    in the above-referenced action. For the past three years, I have maintained a permanent

5    residence in Santa Clara County (Los Altos Hills), California. I have personal

6    knowledge of the matters set forth herein, unless the context indicates otherwise, and, if

7    called as a witness, could and would competently testify thereto.

8    **ENAGRA'S ONLY BASE OF OPERATIONS IS IN SAN FRANCISCO AND**

9    **CITIBANK INSPECTED OUR OFFICE**

10    **AS PART OF APPROVING THE BUSINESS BANKING ACCOUNT**

11    2.    San Francisco is Enagra Inc.'s base of operations. Royal Caribbean

12    Cruises Ltd.'s ("RCC") assertion that Enagra is not found or present in San Francisco is

13    false. There are currently two people that regularly work for Enagra, including myself.

14    Both of us are based in San Francisco. Either of us could have accepted service for

15    Enagra. Enagra has no other offices. Since February 2007, Enagra could have either

16    been served in San Francisco or through our agent for service of process in Sacramento.

17    3.    Enagra has been present in San Francisco since February 2007. Attached

18    hereto as Exhibit A are true and correct copies (redacted) of the first page of Enagra's

19    bank statements for March and April. These statements correctly reflect Enagra's

20    address on Bush Street.

21    4.    As stated in my earlier declaration, Enagra has a bank account in San

22    Francisco. Our account is at Citibank and our banking representative at Citibank is

23    Damon Coakley. As part of the process to open a business account with Citibank, Mr.

24    Coakley advised me that he was required to both physically inspect Enagra's office and

25    test the phone line. Mr. Coakley both inspected our office and tested the phone line on or

26    about February 21, 2007.

27    5.    Attached hereto as Exhibit B are true and correct photos of Enagra's

28    offices on Bush Street in San Francisco.

1    **APPROXIMATELY $38,000 HAS BEEN TAKEN FROM ENAGRA ACCOUNT**

2    **IN LIGHT OF ROYAL CARIBBEAN'S ACTIONS IN THIS MATTER**

3    6.    As previously stated, Enagra's account is frozen as a result of RCC's

4    attachment. I first became aware of this when a wire transfer, on or about May 21, 2007,

5    was reversed and I was told Enagra's account was frozen. Attached hereto as Exhibit C

6    is a true and correct copy of a current printout of Enagra's account. I am informed and

7    belief that the total taken from Enagra's account is approximately $38,000. Based on my

8    conversations with representatives of Citibank, I believe that Citibank has frozen the

9    following entries from Exhibit C as a result of RCC's attachment: (1) the two entries

10   dated on May 23 ($18,185.79 and $125.00), (2) the two entries dated May 24 ($9,734.51

11   and $292.04), and (3) the wire transfer amount dated May 21 ($10,684.16). To date, I

12   have only received one official notice of attachment from Citibank and this was for the

13   entries on May 23 ($18,185.79 and $125.00). Attached hereto as Exhibit D is a true and

14   correct copy of the written notice from Citibank regarding Enagra's account. This letter

15   was sent to Enagra, at its Bush Street address, via U.S. mail.

16   I declare under penalty of perjury that the foregoing is true and correct. Executed

17   on June 4, 2007, in Palo Alto, California.

18

19                                          _____

20                                                    Michael Petras

21

22

23

24

25

26

27

28

# EXHIBIT A

Citibank, N.A.    368
P. O. Box 26892
San Francisco, CA 94126-6892

000001/R1/04F013/0

000
CITIBANK, N.A.
**Account
202086641
Statement Period
Apr. 1 - Apr. 30, 2007
Relationship Manager**
US SERVICE CENTER
1-877-528-0990

Page 1 of 2

ENAGRA, INC
381 BUSH STREET SUITE 300
SAN FRANCISCO        CA 94104-2810

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2007

CitiBusiness Summary:

| | |
|---|---|
| Checking | $ |
| Savings | ---- |
| Investments (not FDIC Insured) | ----- |
| Checking Plus | ---- |

## SERVICE CHARGE SUMMARY FROM MARCH 1, 2007 THRU MARCH 31, 2007

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| CITIBUSINESS CHECKING # | | | |

REDACTED

Citibank, N.A.     368
P. O. Box 26892
San Francisco, CA 94126-6892

000001/R1/04F013/0

000
CITIBANK, N.A.
**Account**
**202086641**

ENAGRA, INC
381 BUSH STREET SUITE 300
SAN FRANCISCO          CA 94104-2810

**Statement Period**
**Mar. 1 - Mar. 31, 2007**

Page  1 of 2

## CitiBusiness® ACCOUNT AS OF MARCH 31, 2007

**CitiBusiness Summary:**

Checking
Savings
Investments
(not FDIC Insured)
Checking Plus

*Preparing to Travel?*
*Allow Us to Make Packing a Little Easier!*
Citibank's World Wallet® Service makes packing your wallet
easier than ever. You have access to a wide variety of Foreign
Currencies - delivered right to your door.
(Anywhere in the Continental U.S.)
Limits/Fees apply.   Call 1-800-756-7050 for details

**An important change is coming to your checking account**
Starting with your next statement, you will receive digitized images (front and back) of your
paid checks instead of the original checks. Check images provide a convenient way to
review your paid checks and reduce filing/storage space. Remember, you can also view
your cancelled checks paid within the past 90 days via CitiBusiness® Online. Questions?
Please contact your Relationship Manager or Cash Sales Specialist, or call the
Commercial Banking Service Center at 1-877-528-0990.

## SUGGESTIONS AND RECOMMENDATIONS

Sign up for a Merchant Services credit card processing account and receive, Exclusively from
First Data, a Gift Card to Go® Start-Up package at NO CHARGE. This package is valued at
$150.00. Get 100 gift cards with your store name.
*A per tran fee applies. Must qualify. For details call 800-231-3531.*

## CHECKING ACTIVITY

**CitiBusiness Checking**
0202086641

Beginning Balance:
Ending Balance:                     $0.00

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 3/02 |             |        |         |         |
| 3/02 |             |        |         |         |
| 3/02 |             |        |         |         |
| 3/02 |             |        |         |         |
| 3/02 |             |        |         |         |
| 3/06 |             |        |         |         |
| 3/06 |             |        |         |         |
| 3/07 |             |        |         |         |
| 3/12 |             |        |         |         |
| 3/23 |             |        |         |         |

**REDACTED**

EXHIBIT B



REDACTED







EXHIBIT C

Citibank: CitiBusiness Online

https://citibusinessonline.da-us.citibank.com/cbusol/start.do



**CitiBusiness**⁹

Today: 06/04/2007
Business:

🖶 **Print**

Quick Jump To Menu

| Main Menu | Customer Service | Help Desk | Approvals | Open An Account | Quit / Sign off |

◀ **Back**

**Recent Account Activity** May 21 2007 to June 01 2007
Debits & Credits for Checking Account: 202086641

| ▼Date▲ | Description▲ | ▼Credit▲ | ▼Debit▲ | Balance |
|--------|-------------|---------|---------|---------|
| 05/21/07 | | | | |
| 05/21/07 | | | | |
| 05/21/07 | **BA FUNDS TRN OUT WIRE TO MICHAEL PETRAS** | | -10,684.16 | 28,304.91 |
| 05/23/07 | Withdrawal/Adj | | -18,185.79 | 10,119.12 |
| 05/23/07 | Withdrawal/Adj | | -125.00 | 9,994.12 |
| 05/24/07 | Withdrawal/Adj | | -9,734.51 | 259.61 |
| 05/24/07 | Withdrawal/Adj | | -292.04 | -32.43 |

*Generated June 04 2007 at 16:03:16*

◀ **Back**

1 of 2

6/4/07 1:04 PM

REDACTED

EXHIBIT D



May 23, 2007


Enagra, Inc
381 Bush St Suite 300
San Francisco, CA 941042810


Re:    Account Number(s) 202086641


Dear Customer:

Citibank, N.A. has been served with a Notice of Attachment, a copy of which is enclosed
for your reference.  To comply with the Levy, we have segregated the amount of
$18185.79 from your account(s).  This amount includes a legal processing fee of
$125.00.  These funds, less the legal processing fee, will be turned over to the levying
officer when we have been notified to do so.

If you feel that this process was served in error, you should contact the levying officer
named in the Levy immediately.


Sincerely,

*Christian England*

Christian England
Restraining Orders Unit - West
Citibank, N.A.




Enclosure

(Page 1 of 4 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

MAY-18-2007 11:34 FROM:CITIBANK NA IBC 360  4156371811          TO:718 248 1228          P.1/4

AT-165

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
Robert A. Bleicher (SBN 111334)
Rebecca H. Benavides (SBN 246201)
HOLLAND & KNIGHT LLP
50 California Street, 28th floor
San Francisco, CA 94111
TELEPHONE NO. 415-743-6900
FAX NO. *(Optional)* 415-743-6910
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Royal Caribbean Cruises, Ltd.

United States District Court
STREET ADDRESS: 450 GOLDEN GATE AVE
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA

CITISMART
NCIS

RECEIVED
MAY 22 2007

PLAINTIFF: ROYAL CARIBBEAN CRUISES LTD

DEFENDANT: NATIONAL BIOFUELS, LP., and ENAGRA, INC.

CASE NUMBER: C 07-02582 CRB

LEVYING OFFICER *(Name and Address):*
US MARSHALS SERVICE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

**NOTICE OF ATTACHMENT**
[This form is used in connection with levy under a writ of attachment.]

FOR COURT USE ONLY

TO THE PERSON NOTIFIED *(name):* CITIBANK N.A., International Banking
Center, 451 Montgomery Street, San Francisco, CA 94104

1. Plaintiff in this action seeks to attach property in which defendant has an interest. The
   property to be attached is
   a. ☑ *(describe property):*
      ***see attachment A (re: National Biofuels, LP)
   b. ☐  described in the *Writ of Attachment and Order for Issuance of Writ of
      Attachment,* attached hereto and incorporated by reference.

2. You are notified as
   a. ☐  a defendant.
   b. ☑  a person other than defendant *(state capacity in which person is being notified):*
      Third party in possession of funds

*(Read Information for Defendant or Information for Person Other than Defendant on reverse.)*

3. A notice was filed with the
   a. ☑  Secretary of State.
   b. ☐  Department of Motor Vehicles.
   c. ☐  Department of Housing and Community Development.

4. Notice of Attachment was
   a. ☐  mailed on *(date):*
   b. ☒  delivered on *(date):* 5/13/07
   c. ☐  posted on *(date):*
   d. ☐  filed on *(date):*
   e. ☐  recorded on *(date):*

Worldwide Network, Inc.
520 Townsend Street, Suite D
San Francisco, CA 94103
(415) 503-0900
Reg. # 599  County: San Francisco

Signed by: Timothy Kennedy

☐ Levying officer    ☑ Registered process server

05-10-07A11:27 RCVD
personal delivery H.

Form Approved for Optional Use
Judicial Council of California
AT-165 (Rev. January 1, 2003)

**NOTICE OF ATTACHMENT**
(Attachment)

Page 1 of 2
Code of Civil Procedure,
§§ 483.050, 488.060
American LegalNet, Inc.
www.USCourtForms.com

MAY-18-2007 11:34 FROM:CITIBANK NA IBC 368  4158371811           TO:718 248 1228        P.2/4

MC–025

| SHORT TITLE: Royal Caribbean Cruises, LTD. vs. National Biofuels, L.P., et al. | CASE NUMBER: C 07-02582 CRB |
|---|---|

ATTACHMENT (Number): __A__                           Page __1__ of __1__

(This Attachment may be used with any Judicial Council form.)     (Add pages as required)

### ATTACHMENT "A"

(Re: National Biofuels, L.P.)

Any and all deposit accounts in the name of National Biofuels, L.P, including but not limited to Account number: 202086641  (With possible related account information of: CITI US 33, Routing Number: 321171184, Treasury ref: USD 401935).

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

Page 1 of 1
www.courtinfo.ca.gov
American Legalnet, Inc.
www.FormsWorkflow.com