PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN (083532)
　　Email: vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (187198)
　　Email: dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendant
ENAGRA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL BIOFUELS, L.P. and ENAGRA, INC., <br><br> Defendants. | Case No. C 07-02582 CRB <br><br> **SUPPLEMENTAL DECLARATION OF DIANNE L. SWEENEY IN SUPPORT OF ENAGRA, INC.'S MOTION FOR A PROMPT POST-ATTACHMENT HEARING AT WHICH PLAINTIFF IS TO SHOW CAUSE WHY THE ATTACHMENT AS TO ENAGRA, INC. SHOULD NOT BE VACATED** <br><br> Hearing Date: June 5, 2007 <br> Time: 10:00 a.m. <br> Ctrm: 8, 19th Floor <br> Judge: The Hon. Charles R. Breyer |

I, Dianne L. Sweeney, declare as follows:

1.　　I am an attorney in good standing with the State Bar of California and a senior associate with the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendant Enagra, Inc. ("Enagra") in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify thereto

2. Attached hereto as Exhibit A is a true and correct copy of the California Secretary of State's information webpage for Hartsook Giant, LLC, which lists 50 California Street, Suite 2800, San Francisco, California as its business address.

3. Attached hereto as Exhibit B is a true and correct copy of the California Secretary of State's information webpage for Buckley Aviation, Inc., which lists 50 California Street, Suite 2800, San Francisco, California as its business address.

4. Attached hereto as Exhibit C is a true and correct copy of the California Secretary of State's information webpage for Buckley Aviation LLC, which lists 50 California Street, Suite 2800, San Francisco, California as its business address.

5. Attached hereto as Exhibit D is a true and correct copy of the California Secretary of State's information webpage for San Francisco Juneteenth Committee, Inc., which lists 50 California Street, Suite 2800, San Francisco, California as its business address.

6. Attached hereto as Exhibit E is a true and correct copy of the California Secretary of State's information webpage for Transocean Funding—Kings, Inc., which lists 50 California Street, Suite 2800, San Francisco, California as its business address.

7. Although Engara's motion is made on an abbreviated schedule (and Plaintiff Royal Caribbean Cruises, Ltd.'s Opposition was filed on the afternoon of June 4, 2007), I prepared Engara's Reply in Support of Its Motion for a Prompt Post-Attachment Hearing with the intent of e-filing it. However, the Northern District's Electronic Case Filing system was down on the evening of June 4, 2007. Attached hereto as Exhibit F is a true and correct copy of a webpage on the Northern District's website explaining that ECF would be inaccessible on the evening of June 4, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2007, in Palo Alto, California.

_____
Dianne L. Sweeney

# EXHIBIT A



**California Business Portal**

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of Jun 1, 2007 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

### LP/LLC

HARTSOOK GIANT, LLC

**Number:** 200706510298     **Date Filed:** 3/5/2007     **Status:** active

**Jurisdiction:** CALIFORNIA

### Address

50 CALIFORNIA ST STE 2800

SAN FRANCISCO, CA 94111

### Agent for Service of Process

PARACORP INCORPORATED (C1082536)

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

# EXHIBIT B



**California Business Portal**
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAY 31, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

### Corporation

BUCKLEY AVIATION, INC.

**Number:** C2974195     **Date Filed:** 3/22/2007     **Status:** active

**Jurisdiction:** California

### Address

50 CALIFORNIA ST STE 2800

SAN FRANCISCO, CA 94111

### Agent for Service of Process

MICHAEL D STAJAR

7305 EDGEWATER DR STE D

OAKLAND, CA 94621

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT C

California Business Search                                    http://kepler.ss.ca.gov/corpdata/ShowLpllcAllList?QueryLpllcNumber=...



## California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of Jun 1, 2007 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

### LP/LLC

BUCKLEY AVIATION LLC

**Number:** 200706010144        **Date Filed:** 2/26/2007        **Status:** active

**Jurisdiction:** CALIFORNIA

### Address

50 CALIFORNIA ST STE 2800

SAN FRANCISCO, CA 94133

### Agent for Service of Process

MICHAEL D. STAJER

7305 EDGWWATER DRIVE STE D

OAKLAND, CA 94621

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

# EXHIBIT D

California Business Search                                    http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C299.



# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAY 31, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

### Corporation

SAN FRANCISCO JUNETEENTH COMMITTEE, INC.

**Number:** C2996013     **Date Filed:** 4/27/2007     **Status:** active

**Jurisdiction:** California

### Address

50 CALIFORNIA STREET STE 2800

SAN FRANCISCO, CA 94111

### Agent for Service of Process

C T CORPORATION SYSTEM

818 WEST SEVENTH ST

LOS ANGELES, CA 90017

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT E



**DISCLAIMER:** The information displayed here is current as of MAY 31, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

### Corporation

TRANSOCEAN FUNDING - KINGS, INC.

**Number:** C2978433    **Date Filed:** 4/17/2007    **Status:** active

**Jurisdiction:** California

### Address

50 CALIFORNIA STREET STE 2800

SAN FRANCISCO, CA 94111

### Agent for Service of Process

STEPHEN L TABER

50 CALIFORNIA STREET STE 2800

SAN FRANCISCO, CA 94111

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT F



# United States District Court
# Northern District of California

Vaughn R. Walker, Chief Judge .................. Richard W. Wieking, Clerk of Court

WELCOME TO THE NORTHERN DISTRICT OF CALIFORNIA WEB SITE

**PUBLIC ANNOUNCEMENTS**

**COURT xxxINFORMATIONxxx**
- Address & Jurisdiction
- Accessibility
- Attorney Lounge
- Attorney Status
- California state site
- Current Interest
- Electronic Case Filing
- Federal Judiciary
- Extern Application
- Fee Schedule
- Filing Guidelines
- FirstGov Website
- Getting Docket Info
- Historical Society
- Seminars Disclosure
- Library of Congress
- Local Rules
- Naturalization
- Practice Program
- Pro Bono Opportunities
- Pro Se Handbook
- T-bill Rate for Judgment

**PLEASE NOTE:** ECF is currently down until tommorrow (6/5/2007) morning. General Order 45 VI (E) is therefore in effect.

Standing Order for All Judges of the Northern District of California
Contents of Joint Case Management Statement - Effective 3/1/07

Revision of Civil Local Rules - Effective 3/1/07

Bextra and Celebrex

**Attorney Status**

WARNING: Bogus Phone Calls on Jury Service May Lead to Fraud

NOTICE Regarding PayPal Class Action Litigation

Most documents posted on this site are in PDF format. To get a copy of
Adobe Acrobat reader 7, use the Adobe logo in the left column.

Your feedback is important to us. Please drop us
an email at:
**Web-CAND@cand.uscourts.gov**

