```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    VERNON H. GRANNEMAN (083532)
 2     Email: vernon.granneman@pillsburylaw.com
    DIANNE L. SWEENEY (187198)
 3     Email: dianne.sweeney@pillsburylaw.com
    2475 Hanover Street
 4  Palo Alto, CA 94304-1114
    Telephone: (650) 233-4500
 5  Facsimile: (650) 233-4545

 6  Attorneys for Defendant
    ENAGRA, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BIOFUELS, L.P. and ENAGRA, INC.,<br><br>Defendants. | Case No. C 07-02582 CRB<br><br>**DECLARATION OF ALLISON LEOPOLD TILLEY IN REPLY TO THE OPPOSITION OF ROYAL CARIBBEAN CRUISES LTD.'S OPPOSITION TO ENAGRA, INC.'S MOTION FOR A PROMPT POST-ATTACHMENT HEARING AT WHICH PLAINTIFF IS TO SHOW CAUSE WHY THE ATTACHMENT AS TO ENAGRA, INC. SHOULD NOT BE VACATED**<br><br>Hearing Date: June 5, 2007<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Floor<br>Judge: The Hon. Charles R. Breyer |

I, Allison Leopold Tilley, declare as follows:

1. I am a partner in Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"). Unless the context indicates otherwise, I have personal knowledge of the matters set forth herein, and, if called as a witness, could and would testify competently thereto.

2. I was the partner responsible for the incorporation of Enagra. Prior to learning about this lawsuit, I was never contacted by anyone on behalf of Royal Caribbean Cruises Ltd. in connection with its claim against Enagra.

3. I am the co-leader of Pillsbury's Corporate Securities and Technology Group and have handled corporate transactions for over 18 years. Enagra is a start-up company and like many new companies, it was my understanding that Enagra had not yet obtained office space at the time we drafted the incorporation papers. In my experience, it is a common practice to list the address of counsel (*e.g.*, Pillsbury's office) as the address for the newly formed entity. If some had called the firm seeking to speak to the counsel for Enagra, I am confident that I would have received the message and could have facilitated service in this matter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on June 4, 2007, at Palo Alto, California.

*Allison Leopold Tilley*