Robert A. Bleicher (SBN 111334)
Rebecca H. Benavides (SBN 246201)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
E-mail: Robert.bleicher@hklaw.com
        Rebecca.benavides@hklaw.com

Attorneys for Plaintiff and Counter-Defendant
Royal Caribbean Cruises Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES LTD.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BIOFUELS, L.P. and ENAGRA INC.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | CASE NO. C 07-02582 CRB<br><br>STIPULATION RE VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(i) and (ii) and Rule 41(c) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Royal Caribbean Cruises Ltd. and Defendant and Counter-Claimant Enagra, Inc., by and through their attorneys of record, stipulate to dismiss the

///

///

///

- 1 -

STIPULATION RE VOLUNTARY DISMISSAL
WITH PREJUDICE                                                                Case No. C 07-02582 CRB

1  entire action *with prejudice*, including the Counter-Claim. Each party is to bear its own
2  attorneys' fees and costs.

4  Dated: July 12, 2007

   HOLLAND & KNIGHT LLP

6  By: /s/ Robert A. Bleicher
   Robert A. Bleicher
   Attorneys for Plaintiff and Counter-
   Defendant Royal Caribbean Cruises Ltd.

9  Dated: July 12, 2007

   PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (083532)
     vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (187198)
     dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
   Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
   Facsimile: (650) 233-4545

   By: /s/ Dianne Sweeney
   Dianne L. Sweeney, Esq.
   Attorneys for Defendant and
   Counter-Claimant Enagra, Inc.

PURSUANT TO STIPULATION IT IS SO ORDERED.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

# 4654311_v1

STIPULATION RE VOLUNTARY DISMISSAL
WITH PREJUDICE

- 2 -

Case No. C 07-02582 CRB