```
 1  Robert A. Bleicher (SBN 111334)
    Rebecca H. Benavides (SBN 246201)
 2  HOLLAND & KNIGHT LLP
    50 California Street, 28th Floor
 3  San Francisco, California 94111
    Telephone: (415) 743-6900
 4  Facsimile:  (415) 743-6910
    E-mail: Robert.bleicher@hklaw.com
 5          Rebecca.benavides@hklaw.com

 6  Attorneys for Plaintiff and Counter-Defendant
    Royal Caribbean Cruises Ltd.
 7

 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROYAL CARIBBEAN CRUISES LTD. | CASE NO. C 07-02582 CRB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION RE VOLUNTARY DISMISSAL WITH PREJUDICE |
| NATIONAL BIOFUELS, L.P. and ENAGRA INC., | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM. | |

Pursuant to Rule 41(a)(1)(i) and (ii) and Rule 41(c) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Royal Caribbean Cruises Ltd. and Defendant and Counter-Claimant Enagra, Inc., by and through their attorneys of record, stipulate to dismiss the

///

///

///

- 1 -

STIPULATION RE VOLUNTARY DISMISSAL                                      Case No. C 07-02582 CRB
WITH PREJUDICE

entire action *with prejudice*, including the Counter-Claim. Each party is to bear its own attorneys' fees and costs.

Dated: July 12, 2007

HOLLAND & KNIGHT LLP

By: /s/ Robert A. Bleicher
Robert A. Bleicher
Attorneys for Plaintiff and Counter-Defendant Royal Caribbean Cruises Ltd.

Dated: July 12, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN (083532)
  vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (187198)
  dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA  94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

By: /s/ Dianne Sweeney
Dianne L. Sweeney, Esq.
Attorneys for Defendant and Counter-Claimant Enagra, Inc.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Signed: July 19, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Charles R. Breyer
(United States District Court, Northern District of California seal)

STIPULATION RE VOLUNTARY DISMISSAL
WITH PREJUDICE

- 2 -

Case No.  C 07-02582 CRB